***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted May 9, affirmed June 7, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JAMES LOUIS STRATTON,
*Defendant-Appellant.*

Linn County Circuit Court
20CR67233; A176932

Brendan J. Kane, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Daniel C. Bennett, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Emily N. Snook, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Parker*, 259 Or App 547, 314 P3d 980 (2013).